Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 103 (AKH)

PRZEMYSLAW KASPRZAK and BOZENA KASPRZAK,   Index No.: 08-CV-3919

                     Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

-against-

                                   **ELECTRONICALLY FILED**

BANKERS TRUST COMPANY, *et al.*,

                     Defendant(s).
-----------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

    WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       July 25, 2008

                                      Yours etc.,

                                      McGIVNEY & KLUGER, P.C.
                                      Attorneys for Defendants
                                      90 CHURCH STREET LIMITED PARTNERSHIP
                                      and BOSTON PROPERTIES, INC.

                                      By: _____
                                      Richard E. Leff (RL-2123)
                                      80 Broad Street, 23rd Floor
                                      New York, New York 10004
                                      (212) 509-3456

TO:    OSHMAN & MIRISOLA, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          Attn: David L. Kremen
          42 Broadway, 10th Floor
          New York, New York 10004
          (212) 233-2100

          All Defense Counsel