UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER             :     21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE             :
LITIGATION (straddler plaintiffs)             :
----------------------------------------------------------- x
PRZEMYSLAW KASPRZAK and BOZENA                :     Civil Action No. : 08 CV 3919
KASPRZAK                                      :
                                              :     Judge Hellerstein
            Plaintiffs,                       :
                                              :
    - against-                                :
                                              :     AFFIDAVIT OF SERVICE
                                              :
BANKERS TRUST COMPANY, DEUTSCHE               :
BANK TRUST COMPANY AMERICAS,                  :
BROOKFIELD FINANCIAL PROPERTIES, L.P.,        :
BFP ONE LIBERTY PLAZA CO., LLC, TULLY         :
CONSTRUCTION CO., INC., TULLY                 :
INDUSTRIES, 90 CHURCH STREET LIMITED          :
PARTNERSHIP, BOSTON PROPERTIES, INC.,         :
WFP TOWER A CO. L.P., BLACKMON-               :
MOORING- STEAMATIC CATASTOPHE, INC.           :
d/b/a BMS CAT, HILLMAN ENVIRONMENTAL          :
GROUP, LLC, AMEC CONSTRUCTION                 :
MANAGEMENT, INC., BECHTEL                     :
ENVIRONMENTAL, INC., BECHTEL                  :
CORPORATION, BECHTEL CONSTRUCTION,            :
INC., BECHTEL ASSOCIATES PROFESSIONAL         :
CORPORATION, BOVIS LEND LEASE, INC,           :
BOVIS LEND LEASE LMB, INC., TULLY             :
CONSTRUCTION CO., INC, TULLY                  :
ENVIRONMENTAL INC., TULLY INDUSTRIES,         :
INC., TURNER CONSTRUCTION COMPANY,            :
                                              :
            Defendants.                       :
-----------------------------------------------------------------x

    I, Soo Jeong, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

    On July 21, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Deutsche Bank Trust Company Americas, by its designated agent, CT Corporation System, more specifically, Aixa Flores, Process Specialist, at:
                    CT Corporation System
                    111 Eighth Avenue, 13th Floor
                    New York, New York 10011

                                                    _____
                                                    Soo Jeong

Sworn to before me on this
21 day of July, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__