UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER : 21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION (straddler plaintiffs) :
-------------------------------------------------------------- x : Civil Action No. : 08 CV 3919
PRZEMYSLAW KASPRZAK and BOZENA :
KASPRZAK : Judge Hellerstein
:
          Plaintiffs, :
:
     - against- : AFFIDAVIT OF SERVICE
:
:
BANKERS TRUST COMPANY, DEUTSCHE :
BANK TRUST COMPANY AMERICAS, :
BROOKFIELD FINANCIAL PROPERTIES, L.P., :
BFP ONE LIBERTY PLAZA CO., LLC, TULLY :
CONSTRUCTION CO., INC., TULLY :
INDUSTRIES, 90 CHURCH STREET LIMITED :
PARTNERSHIP, BOSTON PROPERTIES, INC., :
WFP TOWER A CO. L.P., BLACKMON- :
MOORING- STEAMATIC CATASTOPHE, INC. :
d/b/a BMS CAT, HILLMAN ENVIRONMENTAL :
GROUP, LLC, AMEC CONSTRUCTION :
MANAGEMENT, INC.,  BECHTEL :
ENVIRONMENTAL, INC., BECHTEL :
CORPORATION, BECHTEL CONSTRUCTION, :
INC., BECHTEL ASSOCIATES PROFESSIONAL :
CORPORATION, BOVIS LEND LEASE, INC, :
BOVIS LEND LEASE LMB, INC., TULLY :
CONSTRUCTION CO., INC, TULLY :
ENVIRONMENTAL INC., TULLY INDUSTRIES, :
INC., TURNER CONSTRUCTION COMPANY, :
: :
          Defendants. :
-------------------------------------------------------------------x

   I, Soo Jeong, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

   On July 21, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Bankers Trust Company, by its designated agent, CT Corporation System, more specifically, Aixa Flores, Process Specialist, at:

      CT Corporation System
      111 Eighth Avenue, 13th Floor
      New York, New York 10011

            Soo Jeong

Sworn to before me on this
 21 day of July 2008

            BEATRIZ DOLORES ARANA
            Notary Public, State of New York
            No. 01AR6132940
            Qualified in Queens County
            Commission Expires August 29, 2009