***** AFFIDAVIT OF SERVICE *****  07/24/2008

SHERIFFS NUMBER: S08004670  
TYPE OF SERVICE...  
DEFENDANT SEQUENCE 1 OF 1  
Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **PATRICK HORA** AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004-1617 | 2216<br>CONTROL # 23685 | 28.00 |

**COURT DATA**  ASOHNEN

COURT OF ISSUANCE: US District Court  
WRIT EXPIRATION:     STATE: NY     COUNTY OF VENUE: Southern District  
COURT DOCKET #: 08CIV3919  

**CAPTION OF CASE**  
NAME: PRZEMYSLAW KASPRZAK and BOZENA KASPRZAK  
VS HILLMAN ENVIRONMENTAL GROUP, LLC  

**DEFENDANT OR NAMED WITHIN TO BE SERVED**  
NAME: HILLMAN ENVIRONMENTAL GROUP, LLC  
ADDRESS: 1600 ROUTE 22 EAST  
UNION, NJ 07083  

**PAPERS SERVED**  
SUMMONS, VERIFIED COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY   ☐ UNABLE TO SERVE   NUMBER OF ATTEMPTS ____  
DATE: 7/28/08  TIME: 1140  
REMARKS:  

DATE: ___ TIME: ___  DATE: ___ TIME: ___  
DATE: ___ TIME: ___  DATE: ___ TIME: ___  

☐ PERSONALLY DELIVERED   ☐ OFFICER   ☐ MANAGING AGENT   ☐ REGISTERED AGENT  
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   ☒ AGENT AUTHORIZED TO ACCEPT  
☐ IS IN THE MILITARY   ☐ NOT IN THE MILITARY  
PERSON SERVED: JESSE RIVERA - ADMINISTRATOR  
(TITLE/RELATIONSHIP)

SEX: ☒ MALE  ☐ FEMALE  
SKIN: ☒ WHITE  ☐ BLACK  ☐ YELLOW  ☐ BROWN  ☐ RED  
HEIGHT: ☐ UNDER 5 FT.  ☐ 5.0-5.6 FT.  ☒ 5.7-6.0 FT.  ☐ OVER 6 FT.  
WEIGHT: ☐ UNDER 100 LBS.  ☐ 100-150 LBS.  ☒ 151-200 LBS.  ☐ OVER 200 LBS.  
HAIR: ☐ BLACK  ☐ BROWN  ☐ BLOND  ☐ GRAY  ☐ RED  ☐ WHITE  ☒ BALDING  
AGE: ☐ 14-20  ☒ 21-35  ☐ 36-50  ☐ 51-65  ☐ OVER 65  

SWORN TO AND SUBSCRIBED  
BEFORE ME  FRANCES DIDONATO  
NOTARY PUBLIC OF NEW JERSEY  
My Commission Expires Dec. 3, 2009  

SIGNATURE  
SHERIFF'S OFFICER OF UNION COUNTY  
STATE OF NEW JERSEY